```
1  LAWRENCE M. SCHWAB (Bar No. 085600)
   KENNETH T. LAW (Bar No. 111779)
2  Bialson, Bergen & Schwab
   2600 El Camino Real, Suite 300
3  Palo Alto, CA 94306
   Telephone: (650) 857-9500
4  Facsimile: (650) 494-2738
   lschwab@bbslaw.com
5  klaw@bbslaw.com

6  Attorneys for Plaintiff
   UPS CAPITAL CORPORATION
7
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UPS Capital Corporation, a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>Carpartsdepot, Inc., a California corporation;<br><br>Defendant. | CASE NO. 2:14-cv-07767-SS |

## JUDGMENT FOR DAMAGES

Pursuant to the "Stipulation Regarding Settlement Of Lawsuit And Entry Of Judgment" (hereinafter the "Stipulation") of the parties to this lawsuit, which has been filed in this action; the Plaintiff UPS Capital Corporation (the "Plaintiff") having submitted to the Court a Declaration under penalty of perjury setting forth an "event of default" under the Stipulation ; the Defendant Carpartsdepot, Inc. (the "Defendant") having been provided with written notice of the occurrence of the "event of default" as provided in the Stipulation; the Defendant having failed to timely cure the "event of default" as provided in the Stipulation; the Stipulation having provided that this Judgment shall be entered by the Court if the Defendant fails to cure the "event of default"; the Court being fully advised in the premises;

-1-

JUDGMENT FOR DAMAGES

1  and, good cause appearing therefor :

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the
3  Plaintiff shall recover from the Defendant damages in the following amount:

5     $500,000.00.....................Damages
6     <-$     >......................Minus Credit for Installment Payments Made

7     $             TOTAL JUDGMENT

9  This sum represents the Judgment agreed to by the parties pursuant to the
10 terms of the Stipulation. This sum shall bear interest at the legal rate of ten percent
11 (10%) per annum until paid in full.

12 Dated: 4/19/16

                                                 /s/ Suzanne H. Segal
13                                     U.S. Magistrate Judge Suzanne H. Segal
                                      U.S. District Court