LAWRENCE M. SCHWAB (Bar No. 085600)
KENNETH T. LAW (Bar No. 111779)
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
lschwab@bbslaw.com
klaw@bbslaw.com

Attorneys for Plaintiff
UPS CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UPS Capital Corporation, a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>Carpartsdepot, Inc., a California corporation;<br><br>Defendant. | CASE NO. 2:14-cv-07767-SS |

## **JUDGMENT FOR DAMAGES**

Pursuant to the "Stipulation Regarding Settlement Of Lawsuit And Entry Of Judgment" (hereinafter the "Stipulation") of the parties to this lawsuit, which has been filed in this action; the Plaintiff UPS Capital Corporation (the "Plaintiff") having submitted to the Court a Declaration under penalty of perjury setting forth an "event of default" under the Stipulation ; the Defendant Carpartsdepot, Inc. (the "Defendant") having been provided with written notice of the occurrence of the "event of default" as provided in the Stipulation; the Defendant having failed to timely cure the "event of default" as provided in the Stipulation; the Stipulation having provided that this Judgment shall be entered by the Court if the Defendant fails to cure the "event of default"; the Court being fully advised in the premises;

and, good cause appearing therefor :

          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff shall recover from the Defendant damages in the following amount:

```
    $500,000.00 ................ Damages
   <-$303,636.33> .............. Minus Credit for Installment Payments Made

    $196,363.67           TOTAL JUDGMENT
```

This sum represents the Judgment agreed to by the parties pursuant to the terms of the Stipulation. This sum shall bear interest at the legal rate of ten percent (10%) per annum until paid in full.

Dated: 7/21/16

                                              /S/
                                U.S. Magistrate Judge Suzanne H. Segal
                                U.S. District Court